USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/1/09

KAPLAN, J

RECEIVED
SEP 3 0 2009
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ALISHER MULKAIDAROV,

                                           Plaintiff,           09 CV 2473 (LAK)

        -against-

THE CITY OF NEW YORK, ET AL.,

                                        Defendants.      **STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

------------------------------------------------------------------- x

        **WHEREAS**, plaintiff ALISHER MULKAIDAROV commenced this action by filing a complaint on or about March 16, 2009, alleging that his federal civil and common law rights were violated; and

        **WHEREAS**, defendants The City of New York and the New York City Police Department deny any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, the plaintiff and defendants now desire to resolve the issues raised in this litigation between them, without further proceedings and without admitting any fault or liability;

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

        1.     The above-referenced action is hereby dismissed, with prejudice, without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

        2.     Defendant The City of New York hereby agrees to pay plaintiff ALISHER MULKAIDAROV the total sum of FIVE THOUSAND DOLLARS ($5,000.00), in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In

consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendants and to release defendants, and all past and present officials, employees, representatives or agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action, which were or could have been alleged by plaintiff in said action, including all claims for attorneys' fees, expenses and costs.

3. Plaintiff ALISHER MULKAIDAROV shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary

the terms and conditions contained herein.

Dated: New York, New York
August 13, 2009

| | |
|---|---|
| Law Offices of John Lambros<br>*Attorneys for Plaintiff*<br>11 Broadway, Suite 715<br>New York, New York 10004<br>(212) 430-6474 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants*<br>THE CITY OF NEW YORK and NEW YORK<br>CITY POLICE DEPARTMENT<br>100 Church Street, Room 3-162<br>New York, New York 10007<br>(212) 788-9391<br>bmyrvold@law.nyc.gov |

By: _____
      John Lambros

By: _____
      Barry Myrvold

SO ORDERED:

_____
HON. LEWIS A. KAPLAN, U.S.D.J.

10/1/09